# United States District Court

SOUTHERN DISTRICT OF FLORIDA

George May,

    Plaintiff,

- V.

The South Florida Water
Management District,

    Defendant,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 00-6191

MAGISTRATE
JOHNSON

TO: (Name and address of defendant)

Jeb Bush, Individually, and
as Chief Executive Officer
South Florida Water Management
PL 05 The Capitol, 400 S. Monroe St.
Tallahassee, Fl. 32399-0001
PH 850-488-2272

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George May
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
561-333-7334

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

FEB 7 2000
DATE