# United States District Court

SOUTHERN DISTRICT OF FLORIDA

George May,

    Plaintiff,

  V.

The South Florida Water Management District,

    Defendant,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**00-6191**

TO: (Name and address of defendant)

    Frank Finch, Executive Director
    South Florida Water Management
    3301 Gun Club Road
    West Palm Beach, Florida 33406
    PH 561-686-8800

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    George May
    P.O. Box 32247
    Palm Bch. Gardens
    Fl. 33420
    561-333-7334

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE FEB 7 2000