# United States District Court

SOUTHERN ——— DISTRICT OF ——— FLORIDA

George May,

     Plaintiff,

     V.

The South Florida Water
Management District,

     Defendant,

## SUMMONS IN A CIVIL CASE

CIV-DIMITROULEAS

CASE NUMBER:

## 00-6191

MAGISTRATE
JOHNSON

TO: (Name and address of defendant)

    Frank Finch, Executive Director
    South Florida Water Management
    3301 Gun Club Road
    West Palm Beach, Florida 33406
    PH 561-686-8800

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY. (name and address)

    George May
    P.O. Box 32247
    Palm Bch. Gardens
    Fl. 33420
    561-333-7334

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

FEB  7 2000

_____
CLERK

_____
(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE _3/3/00 @ 2:40 pm_ |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) _James D. Graph_ | TITLE _CPS - 15th Circuit 747_ |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): _Hand left Jean - legal dept_
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/3/00___
　　　　　　　　Date

_James D. Graph_ 747
Signature of Server

_W.P.B. Fla._
Address of Server

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.