UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6191-CIV-DIMITROULEAS

GEORGE MAY,

    Plaintiff,

vs.

THE SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

    Defendant.

_____/

FILED by _____ D.C.

MAR 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON MOTION TO DISMISS
## AND MOTION TO STAY ALL PRETRIAL MATTERS

THIS CAUSE is before the Court upon Governor Jeb Bush's Motion to Dismiss with Prejudice, filed herein on March 22, 2000 and Motion to Stay all Pretrial Matters. The Court has carefully reviewed the motion and is otherwise fully advised in the premises.

Plaintiff, George May, had initially filed suit against the State of Florida and Governor Jeb Bush. This Court, in Orders of January 20, 26 and 31, 2000, as well as in an order of Reconsideration dated March 21, 2000, dismissed any and all claims as they pertained to Governor Jeb Bush. Plaintiff's allegations in his suit against the State of Florida are almost identical to those in the present action.

Although May names the South Florida Water Management District ("SFWMD") as the only Defendant, the summons directed service upon Governor Bush, "Individually, and as Chief Executive Officer, South Florida Water Management."

The Court has already in its Orders dismissing Case number 99-7623-CIV-DIMITROULEAS, stated that, "[a]bsent waiver, neither a State nor agencies acting under its control may be subject to suit in federal court." Puerto Rico Aqueduct and Sewer Authority v.



Metcalf & Eddy, Inc., 113 S.Ct. 684, 687-88 (1993).

Plaintiff's claims are barred by the Eleventh Amendment and Res judicata. Plaintiff may not name a different Defendant, and then attempt to sue a Defendant the Court has previously determined to by immune to suit.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Governor Jeb Bush's Motion to Dismiss is hereby **GRANTED**;

2. Governor Jeb Bush is hereby Dismissed from this action with prejudice; and

3. Governor Jeb Bush's Motion to Stay all Pretrial Matters is hereby **DENIED**, as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

George May, Pro se
Ruth Clements, Esq.
Charlie McCoy, AAG