UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

GEORGE MAY,

    Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

    Defendant.
_____/

CASE NO. 00-6191-CIV-DIMITROULEAS
(Magistrate Johnson)

**DEFENDANT SOUTH FLORIDA WATER MANAGEMENT DISTRICT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

Defendant, South Florida Water Management District ("SFWMD"), by and through undersigned counsel, hereby provides notice of the pendency of a similar action pursuant to Local Rule 3.9(D). In support of this notice, the SFWMD states:

1. Plaintiff George May, *pro se*, filed the complaint in this action on February 7, 2000, seemingly attempting to allege causes of action for inverse condemnation under 42 U.S.C. §§1983 and 1985, in addition to the Fifth and Fourteenth Amendments of the United States Constitution.

2. On the same date, Plaintiff filed a similar action styled George May v. South Florida Water Management District, Case No. 00-00519-CIV-JORDAN (S.D.Fla.). This action also attempts to allege an inverse condemnation action under 42 U.S.C. §§1983, 1985 and the Fifth and Fourteenth Amendments of the United States Constitution.

3. SFWMD believes that these are similar actions within the meaning of Local Rule 3.9(C) for the following reasons:

A. Both actions seem to involve the same general subject matter. Although it is unclear as to the description of the properties, Plaintiff seems to be asserting inverse condemnation actions. The SFWMD has filed motions to dismiss for lack of subject matter jurisdiction in both cases.

B. In part, the dismissal grounds consist of the SFWMD's entitlement to Eleventh Amendment immunity and a ripeness argument based on <u>Williamson County Regional Planning Comm'n v. Hamilton Bank</u>, 473 U.S. 172 (1985) and <u>Reahard v. Lee County</u>, 30 F.3d 1412 (11th Cir. 1994).

3. In order to conserve judicial resources and avoid potentially inconsistent judicial directives, the SFWMD believes that both cases should be heard by the same judge.

Accordingly, the SFWMD respectfully provides notice to the Court of the pendency of similar actions and requests that both cases be assigned to the same judge.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of April, 2000 to George May, P.O. Box 32247, Palm Beach Gardens, FL 33420.

SOUTH FLORIDA WATER MANAGEMENT DISTRICT
3301 Gun Club Road
West Palm Beach, FL 33406
(561) 687-6271
Facsimile (561) 687-6276

By _____
Ruth P. Clements
FL Bar No. 813389