UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

GEORGE MAY,

       Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

       Defendant.

_____/

CASE NO. 00-6191-CIV-DIMITROULEAS
(Magistrate Johnson)

**DEFENDANT'S MOTION TO DISMISS**

Defendant, South Florida Water Management District ("SFWMD"), by and through undersigned counsel and pursuant to Rule 12(b)(1)(6), Fed.R.Civ.P., files its Motion to Dismiss, and states:

1. Plaintiff George May, *pro se*, filed this action on February 7, 2000, seemingly attempting to allege causes of action for inverse condemnation under 42 U.S.C. §§1983 and 1985, in addition to the Fifth and Fourteenth Amendments of the United States Constitution. No prior has been filed in state court.

2. Dismissal is appropriate in this case since this Court lacks subject matter jurisdiction for the following reasons:

    A.   The SFWMD is an agency of the state and as such Plaintiff's claims are barred by Eleventh Amendment immunity;

    B.   The SFWMD is not a "person" under 42 U.S.C. §1983; and,

    C.   The federal constitutional claims are not ripe for review since all available state remedies have not yet been

exhausted.

         D.    Statute of limitations bars Plaintiff's actions regarding alleged flooding of his property in May, 1991.

    3.  As to 42 U.S.C. §1985(3), no allegation of a class-based animus is present in the Complaint.

    WHEREFORE, the SFWMD respectfully requests that the Court dismiss Plaintiff's Complaint.

## Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this $\underline{3^{rd}}$ day of April, 2000 to George May, P.O.Box 32247, Palm Beach Gardens, FL 33420.

                SOUTH FLORIDA WATER MANAGEMENT DISTRICT
                3301 Gun Club Road
                West Palm Beach, FL  33406
                (561) 687-6271
                Facsimile (561) 687-6276

    By                               
                Ruth P. Clements
                FL Bar No. 813389