UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6191-CIV-DIMITROULEAS

GEORGE MAY,

    Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT,

    Defendants.
_____/

FILED by _____ D.C.
APR - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Local Rule 3.9(c) and subject to consent given below, it is:

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of The Hon. Adalberto Jordan for all further proceedings until otherwise notified.

**DATED** in chambers at Fort Lauderdale, Florida, this ___ day of April, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case for all discovery and pretrial matters. Should this case require a trial, it shall be transferred back to the Judge originally assigned to the case, who will preside over the final trial on the merits. Therefore, it is:

**ORDERED** that all pretrial pleadings hereinafter filed shall bear the following case number, Case No. 00-00519-CIV-JORDAN, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention until otherwise notified.

**THE FOREGOING** transfer is herewith accepted this 6th day of April, 2000.

ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Hon. William P. Dimitrouleas

Hon. Magistrate Judge Linnea R. Johnson

Lucy Lara, Clerk's office (Mia)

George May, Pro se
Ruth P. Clements, Esq.